IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>WILLIAM RHEW III,<br><br>Defendant, | Civil Action No.<br>1:24-cv-00771-UA-JLW |

### NOTICE OF APPEARANCE OF M. GRAHAM LOOMIS

COMES NOW, M. Graham Loomis of the U.S. Securities and Exchange Commission, Atlanta Regional Office, and files this Notice of Appearance as Counsel for Plaintiff Securities and Exchange Commission in the above-captioned case.

DATED: September 24, 2024            RESPECTFULLY SUBMITTED,

/s/ M. Graham Loomis
M. Graham Loomis
Regional Trial Counsel
Georgia Bar No. 457868
loomism@sec.gov
Attorney for Plaintiff

Securities and Exchange Commission
950 East Paces Ferry Road, NE,
Suite 900
Atlanta, GA 30326
Tel: (404) 842-7600

2

# CERTIFICATE OF SERVICE

      I hereby certify that on this 24th day of September, 2024, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF and by UPS Overnight Mail to:

William Rhew III
c/o Joshua H. Bennett
Bennett Guthrie PLLC
1560 Westbrook Plaza Drive
Winston-Salem, NC 27103

                Respectfully submitted,

                */s/ M. Graham Loomis*

                M. Graham Loomis
                Attorney for Plaintiff
                Securities and Exchange Commission