IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| **SECURITIES AND EXCHANGE COMMISSION,** | |
| Plaintiff, | |
| v. | Civil Action No. 1:24-cv-00771-UA-JLW |
| **WILLIAM RHEW III,** | |
| Defendant, | |

## MOTION TO ENTER CONSENT JUDGMENT

Plaintiff United States Securities and Exchange Commission ("SEC") respectfully requests that the Court enter the proposed Consent Judgment as to defendant William Rhew III ("Defendant") which will be emailed to Magistrate Judge Joel Webster in accordance with the Court's rule at JWebster@ncmd.uscourts.gov. The SEC and Defendant have reached a partial settlement in this case, the terms of which are reflected in the Consent of Defendant, attached hereto, which is incorporated into the proposed Judgment. Entry of the proposed Judgment will fully resolve the SEC's claims for injunctive relief against Defendant. As to the remaining claims, the amount of disgorgement

and a civil penalty would be resolved upon a later motion by the Commission.

Based upon the foregoing, the SEC requests that the Court enter the Consent Judgment.

Respectfully submitted this 1st day of October, 2024.

/s/ *William P. Hicks*
William P. Hicks
Senior Trial Counsel
Georgia Bar No. 351649
hicksw@sec.gov

M. Graham Loomis
Regional Trial Counsel
Georgia Bar No. 457868
loomism@sec.gov

Counsel for Plaintiff
Securities and Exchange Commission
950 East Paces Ferry Road, NE,
Suite 900
Atlanta, Georgia 30326-1232
Tel: (404) 842-7600

# CERTIFICATE OF SERVICE

I hereby certify that on this 1st day of October, 2024, I electronically filed the Motion to Enter Consent Judgment with the Clerk of Court using the CM/ECF and by UPS Overnight Mail to:

William Rhew III
c/o Joshua H. Bennett
Bennett Guthrie PLLC
1560 Westbrook Plaza Drive
Winston-Salem, NC 27103

                Respectfully submitted,

                */s/ William P. Hicks*

                WILLIAM P. HICKS
                Attorney for Plaintiff
                Securities and Exchange Commission